PIERSMA *v.* SEITZ
* * *
BEALL *v.* DANIELS

[No. 477, September Term, 1970.]

*Decided May 10, 1971.*

(See opinion 10 Md. App. 439 (1970).)

The cause was argued before HAMMOND, C. J., and BARNES, MCWILLIAMS, FINAN, SINGLEY, SMITH and DIGGES, JJ.

*Martin H. Freeman,* with whom were *Sasscer, Clagett, Powers & Channing* on the brief, for Priscilla R.

Piersma, appellant. *Frank B. Haskell, III,* with whom were *Mitchell, Clagett & Haskell* on the brief, for David R. Beall, other appellant.

*Townes L. Dawson* for William L. Seitz, appellee and submitted on brief by *Russell W. Shipley* and *Kahler, Shipley & O'Malley* for Judith G. Daniels, other appellee.

PER CURIAM.

This Court adopts the opinion of Chief Judge Murphy in *Piersma v. Seitz,* 10 Md. App. 439, and therefore affirms the judgments appealed from.

*Judgments affirmed with costs.*